BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX,
Social Security Administration
ARMAND D. ROTH
Special Assistant United States Attorney

    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8924
    Fax: (415) 744-0134
    E-Mail: Armand.Roth@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| MARIA CONCEPCION LEAL,<br><br>    Plaintiff<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant | Civil No. 1:12-cv-01129-CKD<br><br>**STIPULATION AND ORDER TO EXTEND TIME** |

      The undersigned for the respective parties hereby stipulate, subject to the approval of the Court, that Defendant shall have a first extension of time of 30 days, until January 9, 2013, to respond to Plaintiff's opening brief.  This extension is requested because additional time is needed to adequately research the issues presented in this case.

      The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: December 3, 2012
/s/ Ann M. Cerney
(As authorized via e-mail)
ANN M. CERNEY
Attorney for Plaintiff

Dated: December 3, 2012
BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX,
Social Security Administration

/s/ Armand D. Roth
ARMAND D. ROTH
Special Assistant U.S. Attorney
Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

Dated: December 6, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2