BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH FIRER
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8937
    Facsimile: (415) 744-0134
    E-Mail: Elizabeth.Firer@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MARIA CONCEPCION LEAL,  <br>    Plaintiff,  <br>    v.  <br>CAROLYN W. COLVIN,  <br>Acting Commissioner of Social Security,  <br>    Defendant. | No. Case No. 2:12-CV-01129-CKD  <br><br>**STIPULATION FOR THE AWARD OF EQUAL ACCESS TO JUSTICE FEES AND COSTS** |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel, subject to the Court's approval, that Plaintiff be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of SIX THOUSAND FIVE HUNDRED DOLLARS ($6,500). This amount represents compensation for all legal services rendered to Plaintiff by counsel in connection with this civil action, and is awarded in accordance with 28 U.S.C. § 2412(d).

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of fees to her attorney. Pursuant to Astrue v. Ratliff, 130 S.Ct. 2521 (2010), the ability to honor the assignment will depend on whether the fees and costs

Stip. For Award of EAJA Fees, No. 2:12-CV-01129-CKD

1   are subject to any offset allowed under the United States Department of the Treasury's Offset
2   Program.  After the order for EAJA fees and costs is entered, the government will determine
3   whether they are subject to any offset.
4       Fees and costs shall be made payable to Plaintiff, but if the Department of the Treasury
5   determines that Plaintiff does not owe a federal debt, then the government shall cause the
6   payment of fees, expenses and costs to be made directly to Ann M. Cerney, pursuant to the
7   assignment executed by Plaintiff.
8       This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA
9   attorney fees and expenses, and does not constitute an admission of liability on the part of
10  Defendant under the EAJA.  Payment of the agreed amount shall constitute a complete release
11  from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to
12  EAJA attorney fees and expenses in connection with this action.
13      This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security
14  Act attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

Respectfully submitted,

Date: _August 8, 2013_          ANN M. CERNEY, SBN: 068748
                                          Cerney Kreuze & Lott, LLP

                            By:    _/s/ Ann M. Cerney*_
                                    * By telephonic authorization on August 8, 2013
                                    Attorneys for Plaintiff

Date: _August 8, 2013_          BENJAMIN B. WAGNER
                                          United States Attorney

                            By:    _/s/ Elizabeth Firer_
                                    ELIZABETH FIRER
                                    Special Assistant United States Attorney
                                    Attorneys for Defendant

OF COUNSEL TO DEFENDANT:
LARA A. BRADT
Assistant Regional Counsel
Social Security Administration

Stip. For Award of EAJA Fees, No. 2:12-CV-01129-CKD

ORDER

APPROVED AND SO ORDERED:

Dated:  August 13, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Stip. For Award of EAJA Fees, No. 2:12-CV-01129-CKD

-3-